PHŒNIX MANUFACTURING Co., INC., Respondent, *v.* S. BLECHMAN & SONS, INC., Appellant.

Argued January 16, 1941; decided February 27, 1941.

*Wolfango E. Cribari* and *George W. Scapolito* for appellant.

*Isidor E. Schlesinger, Leon Singer, Ludwig Teller* and *Henry J. Krinsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.